

**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 18, 2007

**RECEIVED**

JUN 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Brian J. Markovitz
Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane,
Suite 400,
Greenbelt, MD  20770

Re:  Leola Smith, Pltf. vs. The Freeman Companies, etc. and James Frey, Dfts.
Case No.  1:07-cv-00908  (ESH)

Dear Sir/Madam:

We are herewith returning the Summons, Returns of Service, Notices, Case Filing Order, Participant Registration Form, Complaint, Line, Request, Certificates Regarding Discovery, Certificates of Service, Interrogatories, Subpoena, and Proof of Service, which we received regarding the above captioned matter.

The Freeman Companies, Washington Convention Center, James Frey is not listed on our records or on the records of the State of DC.

Very truly yours,

*Melanie Henderson*
Melanie Henderson
Fulfillment Specialist

Log# 512322430

cc:  District Court
     United States Courthouse,
     1225 E. Barrett Prettyman,
     333 Constitution Avenue, N.W.,
     Washington, DC  20001

Federal Express Tracking #7996 5999 1984

PLEASE DATE STAMP
AND RETURN

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH
1812 9th Street, NW
Washington, DC 20001

   Plaintiff,

  v.

THE FREEMAN COMPANIES
1421 W. Mockingbird Lane
Dallas, TX 75247

Trading as:

FREEMAN DECORATING
SERVICES, INC.
9900 Business Parkway
Lanham, MD 20706

Serve Resident Agent

C T Corporation System
1015 15th Street, N.W. Ste. 1000
Washington, DC 20005

and

JAMES FREY
9900 Business Parkway
Lanham, MD 20706

Defendants

**COPY**

Case: 1:07-cv-00908
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/15/2007
Description: Employment Discrimination

*******************************************************************

## COMPLAINT

COMES NOW, the Plaintiff, Leola Smith, by and through her attorneys, Brian J. Markovitz and Timothy F. Maloney and the law firm of Joseph, Greenwald & Laake, P.A., and sues the Defendants, The Freeman Companies, trading as Freeman Decorating Services, Inc. ("Freeman") and James Frey, and in support thereof, states as follows:

Joseph
Greenwald
& Laake

:ph, Greenwald & Laake, P.A.
)4 Ivy Lane • Suite 400
:nbelt, Maryland 20770

1) 220-2200 • Fax 220-1214

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH

   Plaintiff,

v.

THE FREEMAN COMPANIES

Trading as:

  FREEMAN DECORATING
  SERVICES, INC., et al

   Defendants

: 
: 
: 
:   **COPY**
: 
: 
:  Case No. 1:07-cv-00908
: 
: 
: 
: 
: 
: 
: 
: 

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JAMES FREY

Comes now, the Plaintiff, LEOLA SMITH, by and through counsel, Timothy F. Maloney, Brian Markovitz and Joseph, Greenwald & Laake, P.A., and serves this First Request for Production of Documents upon the Defendant JAMES FREY:

### INSTRUCTIONS

1. If, in responding to this Request for Production, the responding party encounters any ambiguities when construing a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in responding.

2. Whenever in this Request you are asked to identify or produce a document which is deemed by you to be properly withheld from production for inspection or copying:

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH

    Plaintiff,

v.

THE FREEMAN COMPANIES

Trading as:

FREEMAN DECORATING SERVICES, INC., et al

    Defendants

Case No. 1:07-cv-00908

**COPY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT JAMES FREY

COMES NOW, the Plaintiff, LEOLA SMITH, by and through counsel, Timothy F. Maloney, Brian J. Markovitz, and Joseph, Greenwald & Laake, P.A., and propounds the following Interrogatories upon the Defendant, JAMES FREY, which shall be responded to separately and fully, in writing and under oath, within the time prescribed by the Federal Rules of Civil Procedure, and in accordance with the Instructions set forth herein.

## INSTRUCTIONS AND DEFINITIONS

a.     These interrogatories are continuing in character, so as to require you to file supplementary Answers if you obtain further or different information before trial.

b.     Your response shall set forth the interrogatory, and shall set forth the answer to the interrogatory "separately and fully in writing under oath," or "shall state fully the grounds for refusal to answer any interrogatory." The response shall be signed by you.

ph
reenwald
& Laake

Greenwald & Laake, P.A.
Lane • Suite 400
t, Maryland 20770

)-2200 • Fax 220-1214

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LEOLA SMITH
1812 9th Street, NW
Washington, D.C. 20001

**COPY**

SUMMONS IN A CIVIL CASE

V.

THE FREEMAN COMPANIES
1421 W. Mockingbird Lane
Dallas, TX 75247

Case: 1:07-cv-00908
Assigned To : Huvelle, Ellen J.
Assign. Date : 5/15/2007
Description: Employment Discrimination

**JURY ACTION**

TO: (Name and address of Defendant)

JAMES FREY
9900 Business Parkway
Lanham, MD 20706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph, Greenwald & Laake, P.A.
Timothy F. Maloney
Brian J. Markovitz
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                MAY 15 2007
CLERK                                                   DATE

(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH

    Plaintiff,

v.

THE FREEMAN COMPANIES

Trading as:

    FREEMAN DECORATING
    SERVICES, INC., et al

Defendants

Case No. 1:07-cv-00908

**COPY**

*******************************************************************

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FREEMAN DECORATING SERVICES, INC.

Comes now, the Plaintiff, LEOLA SMITH, by and through counsel, Timothy F. Maloney, Brian Markovitz, and Joseph, Greenwald & Laake, P.A., and serves this First Request for Production of Documents upon the Defendant FREEMAN DECORATING SERVICES, INC:

### INSTRUCTIONS

1. If, in responding to this Request for Production, the responding party encounters any ambiguities when construing a request or definition, the response shall set forth the matter deemed ambiguous and the construction used in responding.

2. Whenever in this Request you are asked to identify or produce a document which is deemed by you to be properly withheld from production for inspection or copying:

    A. If you are withholding the document under claim of privilege (including, but not limited to, the work product doctrine), please provide the type of document, the general

Joseph
Greenwald
& Laake

eph, Greenwald & Laake, P.A.
04 Ivy Lane • Suite 400
eenbelt, Maryland 20770

)1) 220-2200 • Fax 220-1214

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH | : |
| Plaintiff, | : |
| v. | : Case No. 1:07-cv-00908 |
| THE FREEMAN COMPANIES | : |
| Trading as: | : |
| FREEMAN DECORATING SERVICES, INC., et al | : |
| Defendants | : |

**COPY**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT FREEMAN DECORATING SERVICES, INC.

COMES NOW, the Plaintiff, LEOLA SMITH, by and through counsel, Timothy F. Maloney, Brian J. Markovitz, and Joseph, Greenwald & Laake, P.A., and propounds the following Interrogatories upon the Defendant, FREEMAN DECORATING SERVICES, INC., which shall be responded to separately and fully, in writing and under oath, within the time prescribed by the Federal Rules of Civil Procedure, and in accordance with the Instructions set forth herein.

### INSTRUCTIONS AND DEFINITIONS

a.  These interrogatories are continuing in character, so as to require you to file supplementary Answers if you obtain further or different information before trial.

b.  Your response shall set forth the interrogatory, and shall set forth the answer to the interrogatory "separately and fully in writing under oath," or "shall state fully the grounds for refusal to answer any interrogatory." The response shall be signed by you.

c.  Your answers "shall include all information available" to you "directly or through agents, representatives, or attorneys."

Joseph Greenwald & Laake
ph, Greenwald & Laake, P.A.
4 Ivy Lane • Suite 400
enbelt, Maryland 20770
:) 220-2200 • Fax 220-1214

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LEOLA SMITH
1812 9th Street, NW
Washington, D.C. 20001



SUMMONS IN A CIVIL CASE

V.

THE FREEMAN COMPANIES
1421 W. Mockingbird Lane
Dallas, TX 75247

Case: 1:07-cv-00908
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/15/2007
Description: Employment Discrimination

JURY ACTION

TO: (Name and address of Defendant)

C T Corporation Systems
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph, Greenwald & Laake, P.A.
Timothy F. Maloney
Brian J. Markovitz
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. WHITTINGTON                         MAY 15 2007
CLERK                                         DATE

(By) DEPUTY CLERK

≈AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA



LEOLA SMITH

V.

FREEMAN DECORATING SERVICES, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  1:07-cv-00908

TO: Washington Convention Center
Attention: Gladys Jones, Security Services Manager
801 Mount Vernon Place, NW
Washington, D.C. 20001 (202) 249-3000

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Please produce all surveillance videotapes from July 11, 2005, recorded between 2:30PM and 6:30 PM. In particular, please produce any videotape reviewed by Officer Willie Lawrence III in the course of his investigation of the disturbance occurring on the same date.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] | 6/13/2007 |
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER | |

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.







First Class Mail

CT Corporations
1015 15th Street, N.W., Ste. 1000
Washington, DC 20005

Joseph Greenwald & Laake
eph, Greenwald & Laake, P.A.
04 Ivy Lane • Suite 400
enbelt, Maryland 20770