United States District Court
District of Columbia

| | |
|---|---|
| LEOLA SMITH | ) |
| | ) Case No.: 1:07cv00908 |
| | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| THE FREEMAN COMPANIES | ) |
| | ) |
| | ) |
| Defendant | ) |

## AFFIDAVIT OF SERVICE

That I, Roland Gonzales, hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am competent person over 18 years of age and not a party to this action.

That I served James Frey with the following list of documents: Summons, Complaint, Interrogatories, Request Production of Documents and Copies of Interrogatories and Request of Documents for Freeman by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with James Frey, who's Title/Relationship to the person/entity being served is Himself/Herself.

That on June 16, 2007 at 8:33 AM at 211 S Taylor Ave, Essex, MD 21221-6856 service was made by;

✓ Personal Service: By personally delivering the documents to the person being served.

__ Substitute Service: By leaving the documents at the dwelling house or usual place of abode of the documents with a member of the household who stated they resided therein and was of suitable age and discretion, and was explained the general nature of the documents.

__ Corporate, Registered Agent or Legal Representative Service: By leaving with an Officer, Director or a person who stated the had authority to accept service of process for the above listed person or entity.

__ By affixing a true copy of each to the door of said premises to the door of said premises, which is the recipients actual place of abode.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:

Gender: Male   Race/Skin: White   Hair: Brown   Glasses: No   Approx. Age: 42   Height: 5'04   Weight: 170

Roland Gonzales
Due Process
P.O. Box 2396
Columbia, MD 21045
(800) 228-0484

Executed on: 6-18-07

Subscribed and sworn to before me, a notary public, on this 18th day of June, 2007.

Notary Public-Adam H. Parker

My Commission Expires: 02-20-09

ID: 07-001900

ADAM H. PARKER
NOTARY PUBLIC
HOWARD CO., MD
My comm. exp. Feb. 20, 2008