UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:07-CV-00908 ESH |
| THE FREEMAN COMPANIES | ) |
| | ) |
| AND | ) |
| | ) |
| JAMES FREY | ) |
| | ) |
| Defendants. | ) |
| | ) |
| ---------------------------------------------------- | ) |

**STIPULATION REGARDING EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

The parties hereto, by and through their respective counsel of record, hereby stipulate that Defendant The Freeman Companies may file its responsive pleading on or before July 30, 2007. This extension is not for purposes of delay, but to permit Defendant's counsel sufficient time to prepare a response.

Date: July 19, 2007                    Respectfully submitted,

**JACKSON LEWIS LLP**

By:   /s/_____
Tyler A. Brown
D.C. Bar No. 480693
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189
Fax: (703) 821-2267
*Attorneys for Defendant*

                **JOSEPH GREENWALD &**
                   **LAAKE, P.A.**

By:    **/s/** _____
        Brian J. Markovitz D.C. Bar No. 481517
        Timothy F. Maloney D.C. Bar No. 416522
        6404 Ivy Lane
        Suite 400
        Greenbelt, MD 20770
        (301) 220-2200
        Fax: (301) 220-1214
        ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:07-CV-00908 ESH |
| THE FREEMAN COMPANIES ) | |
| ) | |
| AND ) | |
| ) | |
| JAMES FREY ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER APPROVING STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Good cause appearing, the parties' Stipulation to extend the time for Defendant to file a responsive pleading is hereby approved and said responsive pleading will be due on or before July 30, 2007.

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
The Honorable Ellen S. Huvelle
U.S. District Court Judge