IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   **Case No. 1:07-CV-00908 ESH** |
| | : |
| THE FREEMAN COMPANIES, et al | : |
| | : |
| Defendants | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

CLERK:

Please enter the appearance of Veronica Byam Nannis, Esquire to join Brian J. Markovitz, Jay P. Holland and the law firm of Joseph, Greenwald & Laake, P.A., on behalf of the Plaintiff, Leola Q. Smith.

                      Respectfully submitted,

                      JOSEPH, GREENWALD & LAAKE, P.A.

By:      /s/  Veronica Byam Nannis
        Jay P. Holland, Esquire #422258
        Timothy F. Maloney, Esquire #416522
        Brian J. Markovitz, Esquire #481517
        Veronica Byam Nannis, Esquire #485151
        6404 Ivy Lane, Suite 400
        Greenbelt, Maryland  20770
        (301)220-2200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2007, a copy of the foregoing was mailed first-class, postage prepaid to:

>Tyler A. Brown
>JACKSON LEWIS, LLP
>8614 Westwood Center Drive
>Suite 950
>Vienna, VA 22182

>By: /s/  Veronica Byam Nannis
>Veronica Byam Nannis