UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:07-CV-00908 ESH |
| THE FREEMAN COMPANIES ) | |
| ) | |
| AND ) | |
| ) | |
| JAMES FREY ) | |
| ) | |
| Defendants. ) | |
| ) | |

### DEFENDANTS' MOTION FOR ADMISSION PRO HAC VICE

Defendants, by their counsel, move this Court to admit Matthew F. Nieman to appear *pro hac vice* on behalf of Defendants in this matter. In support of this motion, counsel for Defendants states:

1. The undersigned firm represents defendant in the above action. Tyler A. Brown is a member of the Bar of this Court (D.C. Bar No. 480693) and moves for the admission *pro hac vice* of Matthew F. Nieman.

2. Mr. Nieman is an attorney with Jackson Lewis LLP, 8614 Westwood Center Drive, Suite 950, Vienna, VA 22182, (703) 821-2189.

3. Mr. Nieman is a member in good standing of the Bar of Virginia. Mr. Nieman certifies that he has not been the subject of any disciplinary proceedings by any bar.

4. Mr. Nieman has moved and been admitted *pro hac vice* 0 times in this Court within the last two years.

WHEREFORE, Defendants respectfully request this Court enter an Order admitting Matthew F. Nieman to appear *pro hac vice* before this Court as counsel for Defendants in this action, to the extent permitted by LCvR 83.2 of the Local Rules of this Court.

Respectfully submitted,

**JACKSON LEWIS LLP**

BY: _____
Tyler A. Brown (D.C. Bar No. 480693)
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189
*Attorneys for Defendant Freeman Decorating Services, Inc.*

Dated: 10/9/07

### Certification

I, Matthew F. Nieman, certify under penalty of perjury that the foregoing is true and correct.

Dated: 10/10/07                             _____
                                            Matthew F. Nieman

## CERTIFICATE OF SERVICE

I hereby certify a copy of *Defendants' Motion for Admission Pro Hac Vice* was served via United States Mail, postage prepaid, on this 10th day of October, 2007, to:

> Brian J. Markovitz
> Timothy F. Maloney
> Joseph Greenwald & Laake
> 6404 Ivy Lane
> Suite 400
> Greenbelt, MD 20770

_____
Tyler A. Brown

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LEOLA SMITH,                        )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )   Case No. 1:07-CV-00908 ESH
THE FREEMAN COMPANIES               )
                                    )
        AND                         )
                                    )
JAMES FREY                          )
                                    )
        Defendants.                 )
                                    )
_____)

## ORDER

AND NOW, this _____ day of October, 2007, upon consideration of Defendants' motion for admission *pro hac vice* and all responses thereto, it is hereby ORDERED and DECREED that Defendants' motion is GRANTED, and Matthew F. Nieman is admitted *pro hac vice* in this matter, to the extent permitted by LCvR 83.2 of the Local Rules of this Court.

BY THE COURT:

_____
Ellen Segal Huvelle
United States District Judge

Copies to:

Brian J. Markovitz, Esq.
Timothy F. Maloney, Esq.
Joseph Greenwald & Laake
6404 Ivy Lane
Suite 400
Greenbelt, MD  20770
**Counsel for Plaintiff**

Tyler A. Brown, Esq.
Matthew F. Nieman, Esq.
Jackson, Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189
**Counsel for Defendants**