IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA SMITH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case No. 1:07-CV-00908 ESH** |
| : | |
| THE FREEMAN COMPANIES, et al : | |
| : | |
| Defendants : | |

*************************************************************************

### JOINT MOTION TO STAY PROCEEDINGS AND REFER TO ALTERNATIVE DISPUTE RESOLUTION

COME NOW the parties, by and through undersigned counsel and respectfully request that the Court suspend the Scheduling Order and stay this matter until the parties have completed the Court's Alternative Dispute Resolution process. The parties have discussed possible resolution of this matter, and the parties desire to engage in mediation.

The parties also respectfully and jointly request that the Court refer this matter to United States Magistrate Judge Alan Kay to conduct this mediation.

All parties believe that a good faith attempt to resolve their dispute through Alternative Dispute Resolution would be beneficial, and a stay pending completion of ADR would not result in prejudice to either side and would be beneficial to judicial economy.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court grant this motion.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By: _____/s/_____
Timothy F. Maloney (Bar No. 416522)
Tmaloney@jgllaw.com
Jay P. Holland (Bar No. 422258)
Jholland@jgllaw.com
Brian J. Markovitz (Bar No. 481517)
Bmarkovitz@jgllaw.com
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301/220-2200
301-220-1214 (fax)
jholland@jgllaw.com
bmarkovitz@jgllaw.com
*Counsel for Plaintiff*

JACKSON LEWIS LLP

By: _____/s/_____
Tyler A. Brown (Bar No. 460693)
BrownT@jacksonlewis.com
Matthew F. Nieman (Admission *Pro Hac Vice*)
NiemanM@jacksonlewis.com
8614 Westwood Center Dr., Suite 950
Vienna, VA 22182
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEOLA SMITH | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:07-CV-00908 ESH |
| | : | |
| THE FREEMAN COMPANIES, et al | : | |
| | : | |
| Defendants | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Upon consideration of the Joint Motion to Stay Proceedings and Refer to Alternative Dispute Resolution, and it appearing to this Honorable Court that the requested relief is just and proper, it is this ____ day of _____, 2007, by the United States District Court for the District of Columbia

**ORDERED**, that the Joint Motion to Stay Proceedings and Refer to Alternative Dispute Resolution be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that the Scheduling Order be and hereby is suspended until the parties complete the Alternative Dispute Resolution process, and that all deadlines contained in the Scheduling Order be extended correspondingly until the parties have completed the Alternative Dispute Resolution process; and it is further

**ORDERED**, that this matter be referred to United States Magistrate Judge Alan Kay for alternative dispute resolution.

_____
HONORABLE ELLEN SEGAL HUVELLE

Copies To:

Timothy F. Maloney
Jay P. Holland
Brian J. Markovitz
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
*Counsel for Plaintiff*

Tyler A. Brown
Matthew F. Nieman
JACKSON LEWIS LLP
8614 Westwood Center Dr., Suite 950
Vienna, VA 22182
*Counsel for Defendants*