**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

LEOLA SMITH                                         :

         Plaintiff,                          :

                                             :

v.                                                  :          **Case No. 1:07-CV-00908 ESH**

                                             :

THE FREEMAN COMPANIES, et al                        :

                                             :

         Defendants                          :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO EXTEND THE STAY OF PROCEEDINGS
DURING ALTERNATIVE DISPUTE RESOLUTION AND
TO RESCHEDULE STATUS CONFERENCE**

COME NOW the parties, by and through undersigned counsel, and respectfully request that the Court continue the stay in this matter so that the parties can continue in good faith to complete the Court's Alternative Dispute Resolution process and to reschedule the Status Conference currently scheduled for February 8, 2008. The parties have been actively discussing the possible resolution of this matter, and the parties desire to continue to engage in mediation.

On or about December 17, 2006, the parties conducted a mediation in front of United States Magistrate Judge Alan Kay. While discussions were productive and the parties met in a good faith attempt to resolve their dispute, it became apparent at mediation that the parties needed to informally exchange additional documents before an informal resolution, if possible, could be reached.

Since that time, a considerable amount of documents have been produced and reviewed. However, the production of some critical documents has been delayed because of the responsiveness of third parties. The parties believe that these documents will be produced in the next two weeks and will be informative, if not determinative, as to whether resolution is possible.

The parties, therefore, request that the current Stay that expires on February 5, 2008 be

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200  •  Fax 220-1214

extended for a brief period of two additional weeks until February 19, 2008 so that these documents can be obtained from third parties and reviewed.

Additionally, as this matter has been stayed and the parties have provided a status of their interactions as stated above, we believe that the Status Conference currently set for February 8, 2008 should be rescheduled to a later date. Consequently, should a settlement ultimately not be reached during the additional two weeks, the parties expect that they can provide the Court with suggested new dates for discovery deadlines that, in turn, will enable the Court to set what the parties believe would be a more appropriate date for the Status Conference.

All parties believe that a brief continuation of the stay so that the parties can continue their good faith attempt to resolve their dispute through Alternative Dispute Resolution would be beneficial and that also postponing the Status Conference will not result in prejudice to either side and would be beneficial to judicial economy.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court grant this motion.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By:      /s/
         Timothy F. Maloney (Bar No. 416522)
         Tmaloney@jgllaw.com
         Jay P. Holland  (Bar No. 422258)
         Jholland@jgllaw.com
         Brian J. Markovitz (Bar No. 481517)
         Bmarkovitz@jgllaw.com
         6404 Ivy Lane, Suite 400
         Greenbelt, MD  20770
         301/220-2200
         301-220-1214 (fax)
         jholland@jgllaw.com
         bmarkovitz@jgllaw.com
         *Counsel for Plaintiff*

**Joseph
    Greenwald
        & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  •   Suite 400
Greenbelt, Maryland 20770

(301) 220-2200  •  Fax 220-1214

JACKSON LEWIS LLP


By:     _____/s/_____
            Tyler A. Brown (Bar No. 460693)
            BrownT@jacksonlewis.com
            Matthew F. Nieman (Admission *Pro Hac Vice*)
            NiemanM@jacksonlewis.com
            8614 Westwood Center Dr., Suite 950
            Vienna, VA  22182
            *Counsel for Defendants*

**Joseph
  Greenwald
    & Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane   •   Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH                                       :

         Plaintiff,                          :

                       :

v.                                               :        **Case No. 1:07-CV-00908 ESH**

                       :

THE FREEMAN COMPANIES, et al          :

         Defendants                         :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Upon consideration of the Joint Motion to Extend the Stay of Proceedings During Alternative Dispute Resolution and to Reschedule the Status Conference, and it appearing to this Honorable Court that the requested relief is just and proper, it is this \_\_\_\_ day of _____, 2008, by the United States District Court for the District of Columbia

**ORDERED**, that the Joint Motion to Extend the Stay of Proceedings During Alternative Dispute Resolution and to Reschedule the Status Conference be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that the Stay in this matter be continued for two weeks until February 19, 2008; and it is further

**ORDERED**, that the Status Conference, currently scheduled on February 8, 2008 is postponed until further notification from the Court; and it is further

**ORDERED**, that all deadlines contained in the Scheduling Order be extended correspondingly until the parties have completed the Alternative Dispute Resolution process.

_____
HONORABLE ELLEN SEGAL HUVELLE

Copies To:

Timothy F. Maloney
Jay P. Holland
Brian J. Markovitz
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
*Counsel for Plaintiff*

Tyler A. Brown
Matthew F. Nieman
JACKSON LEWIS LLP
8614 Westwood Center Dr., Suite 950
Vienna, VA 22182
*Counsel for Defendants*

**Joseph
Greenwald
& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane • Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
COLUMBIA

LEOLA SMITH                                   :
                                              :
            Plaintiff,                        :
                                              :
v.                                            :        **Case No. 1:07-CV-00908 ESH**
                                              :
THE FREEMAN COMPANIES, et al                  :
                                              :
            Defendants                        :
**************************************************************************

## O R D E R

Upon consideration of the Joint Motion to Extend the Stay of Proceedings During
Alternative Dispute Resolution and to Reschedule the Status Conference, and it appearing to this
Honorable Court that the requested relief is just and proper, it is this _____ day of
_____, 2008, by the United States District Court for the District of
Columbia

**ORDERED**, that the Joint Motion to Extend the Stay of Proceedings During Alternative
Dispute Resolution and to Reschedule the Status Conference be and the same hereby is
**GRANTED**; and it is further

**ORDERED**, that the Stay in this matter be continued for two weeks until February 19,
2008; and it is further

**ORDERED**, that the Status Conference, currently scheduled on February 8, 2008 is
postponed until further notification from the Court; and it is further

**ORDERED**, that all deadlines contained in the Scheduling Order be extended
correspondingly until the parties have completed the Alternative Dispute Resolution process.

**Joseph**
   **Greenwald**
      **& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane  ●  Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 ● Fax 220-1214

_____
HONORABLE ELLEN SEGAL HUVELLE

Copies To:

Timothy F. Maloney
Jay P. Holland
Brian J. Markovitz
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
*Counsel for Plaintiff*

Tyler A. Brown
Matthew F. Nieman
JACKSON LEWIS LLP
8614 Westwood Center Dr., Suite 950
Vienna, VA  22182
*Counsel for Defendants*

**Joseph**
**Greenwald**
**& Laake**

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane   •   Suite 400
Greenbelt, Maryland 20770

(301) 220-2200 • Fax 220-1214