**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LEOLA SMITH | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 1:07-CV-00908 ESH** |
| | : | |
| THE FREEMAN COMPANIES, et al | : | |
| | : | |
| Defendants | : | |
| | : | |

**JOINT MOTION TO RESUME PROCEEDINGS
AND AMEND THE SCHEDULING ORDER**

COME NOW the parties, by and through undersigned counsel, and respectfully request that the Court resume the proceeding of this matter and amend the Scheduling Order to allow the parties to complete the discovery process. The parties have in good faith attempted to resolve their dispute through the Court's Alternative Dispute Resolution program, but believe that further discovery is necessary for any additional progress toward resolution of this matter.

On November 15, 2007, the Court granted the parties' Joint Motion to Stay Proceedings and Refer to Alternative Dispute Resolution. In the same order, the Court referred this matter to Magistrate Judge Kay for mediation. On December 21, 2007, the parties met with Judge Kay and continued to exchange information following the session in an effort to resolve the matter. Although, to date, unsuccessful, these good faith efforts continued through additional extensions granted by the Court on January 2, 2008 and February 1, 2008.

The parties are also presently scheduled for a status conference with the Court on Friday, February 29, 2008 at 10:30AM. This status conference represents the reset of the February 8, 2008 status conference set by the Court in the Scheduling Order to follow the original January 31, 2007 close of discovery.

On the basis of the parties' good faith efforts to utilize the Court's Alternative Dispute Resolution program and in order to permit the completion of discovery, timely resolution of this matter and the preservation of judicial economy, the parties request the following amendments to the Scheduling Order, entered September 6, 2007, be made:

| Event | Previous Date | New Date |
|-------|---------------|----------|
| Plaintiff's Rule 26(a)(2)(B) reports | November 15, 2007 | April 15, 2008 |
| Close of Discovery | January 31, 2008 | June 30, 2008 |
| Status Conference | February 29, 2008 | July 14, 2008 |

All parties believe that these amendments to the Scheduling Order would not result in prejudice to either side and would be beneficial to the timely resolution of this matter as well as to judicial economy.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the Court grant this motion.

Respectfully submitted,

JOSEPH, GREENWALD & LAAKE, P.A.

By:  _____/s/_____
       Timothy F. Maloney (Bar No. 416522)
       Tmaloney@jgllaw.com
       Jay P. Holland  (Bar No. 422258)
       Jholland@jgllaw.com
       Brian J. Markovitz (Bar No. 481517)
       Bmarkovitz@jgllaw.com
       6404 Ivy Lane, Suite 400
       Greenbelt, MD  20770
       301/220-2200
       301-220-1214 (fax)
       *Counsel for Plaintiff*


JACKSON LEWIS LLP


By:  _____/s/_____
       Tyler A. Brown (Bar No. 460693)
       BrownT@jacksonlewis.com
       Matthew F. Nieman (Admission *Pro Hac Vice*)
       NiemanM@jacksonlewis.com
       8614 Westwood Center Dr., Suite 950
       Vienna, VA  22182
       *Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

LEOLA SMITH                                            :
                                                       :
           Plaintiff,                          :
                                                       :
v.                                                     :        **Case No. 1:07-CV-00908 ESH**
                                                       :
THE FREEMAN COMPANIES, et al                           :
                                                       :
           Defendants                          :
*************************************************************************

## O R D E R

Upon consideration of the Joint Motion To Resume Proceedings And Amend The Scheduling Order, and it appearing to this Honorable Court that the requested relief is just and proper, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia

**ORDERED**, that the Joint Motion To Resume Proceedings And Amend The Scheduling Order be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that the Scheduling Order be and hereby modified as follows:

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by April 15, 2008.

Discovery shall be completed by June 30, 2008.

A further status conference will be held on July 14, 2008.


_____
HONORABLE ELLEN SEGAL HUVELLE

Copies To:

Timothy F. Maloney
Jay P. Holland
Brian J. Markovitz
JOSEPH, GREENWALD & LAAKE, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
*Counsel for Plaintiff*

Tyler A. Brown
Matthew F. Nieman
JACKSON LEWIS LLP
8614 Westwood Center Dr., Suite 950
Vienna, VA  22182
*Counsel for Defendants*