**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEOLA SMITH : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | **Case No. 1:07-cv-00908** |
| : | |
| THE FREEMAN COMPANIES : | |
| t/a FREEMAN DECORATING : | |
| SERVICES, INC., et al : | |
| : | |
| Defendants : | |
| : | |

**LINE**

TO THE CLERK OF THE COURT:

Please enter the appearance of the undersigned as counsel for the Plaintiff, Leola Smith.

Respectfully Submitted,

JOSEPH, GREENWALD & LAAKE, P.A.


BY:    /s/  *Lawrence R. Holzman*
       Lawrence R. Holzman, Fed. Bar No. DC466472
       6404 Ivy Lane, Suite 400
       Greenbelt, MD 20770
       Voice (240) 553-1199 (direct)
       Facsimile (240) 553-1746 (direct)
       lholzman@jgllaw.com
       *Counsel for Plaintiff*


CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2008, I caused a copy of the foregoing Line of Appearance of Lawrence R. Holzman to be filed via ECF and copies of same to be served via ECF to the following: Tyler A. Brown, Esquire, Matthew F. Nieman, Esquire, Jackson Lewis LLP, 8614 Westwood Center Dr., Suite 950, Vienna, VA 22182.

          */s/ Lawrence R. Holzman*