IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEOLA SMITH | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:07-CV-00908 ESH |
| THE FREEMAN COMPANIES, et al | : | |
| Defendants | : | |

*****************************************************************

## O R D E R

Upon consideration of the Joint Motion To Resume Proceedings And Amend The Scheduling Order, and it appearing to this Honorable Court that the requested relief is just and proper, it is this 7 day of March, 2008, by the United States District Court for the District of Columbia

**ORDERED**, that the Joint Motion To Resume Proceedings And Amend The Scheduling Order be and the same hereby is **GRANTED**; and it is further

**ORDERED**, that the Scheduling Order be and hereby modified as follows:

Reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) by plaintiff's retained experts are due by April 15, 2008.

Discovery shall be completed by June 30, 2008.

A further status conference will be held on July 34, 2008, at 9:45 a.m.

_____
HONORABLE ELLEN SEGAL HUVELLE

FILED
MAR 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT