UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEOLA Q. SMITH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 07-0908 (ESH) ) |
| FREEMAN COMPANIES, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## ORDER

The Court having been advised by counsel that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. If settlement is not consummated within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice. It is further

**ORDERED** that the status conference set for July 25, 2008, at 9:15 a.m. is vacated.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　United States District Judge

Date: July 15, 2008